**"UNDER SEAL"**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
OCT 22 2015
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:15CR 254 |
| | ) | |
| | ) | **ORDER TO SEAL INDICTMENT** |
| vs. | ) | |
| | ) | |
| TROY BARNES | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 2nd day of October, 2015.

_____
MAGISTRATE JUDGE