IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE 3:15CR158-MOC |
| | ) | |
| KRISTINE LOUISE JOHNSON | ) | |
| | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE 3:15CR254-MOC |
| | ) | |
| TROY BARNES | ) | |
| | ) | |

**ORDER FOR DISMISSAL
OF CERTAIN PRELIMINARILY FORFEITED ASSETS**

THIS MATTER is before the Court on the United States of America's Consent Motion, filed in duplicate in the above-referenced cases, requesting that this Court issue an order dismissing $283,465.84 from the Consent Orders and Judgments of Forfeiture in order to pay outstanding restitution in full. For good cause shown, this Court hereby GRANTS the Consent Motion.

The Court hereby ORDERS the dismissal of $283,465.84 from the preliminarily forfeited $1,770,463.93 in Work With Troy Barnes, Inc. Citizens Bank Account XXXXXXXXXXX1245 identified in the Consent Orders and Judgments of Forfeiture, and directs the United States Department of Treasury to deposit the $283,465.84 with the Clerk of Court for payment of restitution in the two cases.

1

The Court also ORDERS the Government to forward this Order to the Treasury Executive Office of Asset Forfeiture for distribution of the $283,465.84 to the Clerk of Court as set forth herein.

SO ORDERED.

Signed: May 8, 2018

Max O. Cogburn Jr.
United States District Judge